FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANTHONY MARSHALL SPEARS,

                Petitioner-Appellant,

v.

CHARLES L. RYAN,

                Respondent-Appellee.

No. 09-99025

D.C. No. 2:00-cv-01051-SMM
District of Arizona
Phoenix

ORDER

Appellee's unopposed motion to extend the time to May 10, 2012 to respond to Appellant's Motion For Partial Remand is granted. Appellant's reply is due May 22, 2012.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

By: M. Epler, Staff Attorney
Deputy Clerk/9th Cir. R. 27-7
General Orders/Appendix A